IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BENNIE DAVID GUY**  **PETITIONER**
**ADC #01862511**

v.  Case No: 5:18-cv-00104-KGB

**ARKANSAS ATTORNEY GENERAL**  **DEFENDANT**

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 3). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court denies and dismisses without prejudice plaintiff Bennie David Guy's petition for writ of *habeas corpus* (Dkt. No. 2).[1] The Court also denies as moot Mr. Guy's pending motion to proceed *in forma pauperis* (Dkt. No. 1). Finally, the Court denies Mr. Guy a certificate of appealability because Mr. Guy has not made a substantial showing of a denial of a constitutional right. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000) (determining that a substantial showing of the denial of a federal right requires a demonstration that reasonable jurists could debate whether, or for that matter agree that, the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further).

---

[1] Per 28 U.S.C. § 2244(b)(3)(A), Mr. Guy must seek permission from the Eighth Circuit Court of Appeals before filing a successive petition for writ of *habeas corpus*.

It is so ordered, this the 11th day of February, 2019.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge