IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BENNIE DAVID GUY**                                        **PETITIONER**
**ADC #01862511**

v.                  **Case No: 5:18-cv-00104-KGB**

**ARKANSAS ATTORNEY GENERAL**                        **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Bennie David Guy's petition for writ of *habeas corpus* is dismissed without prejudice.

So adjudged this the 11th day of February, 2019.

                                                             Kristine G. Baker
                                                             United States District Judge